SANDRA R. BROWN
Acting United States Attorney
THOMAS D. COKER
Assistant United States Attorney
Chief, Tax Division
NAJAH SHARIFF (Cal. Bar No. 201216)
Assistant United States Attorney
    Federal Building, Suite 7211
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone: (213) 894-2534
    Facsimile: (213) 894-0115
    E-mail: Najah.Shariff@usdoj.gov

Attorneys for United States of America

JS-6

cc: BK

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE<br><br>WILLIAM GEORGE WEILER, JR.,<br><br>                  DEBTOR(S) | District Court Case No.:<br>8:17-cv-1193-JGB<br><br>Bankruptcy Court Case No.:<br>8:13-bk-14701-CB<br><br>Adversary Case No.:<br>N/A |
| UNITED STATES OF AMERICA<br>                  APPELLANT(S)<br>   v.<br>RICHARD A. MARSHACK<br>                  APPELLEE(S) | <u>ORDER TO DISMISS</u> |

     Pursuant to the Stipulation to Dismiss entered by the parties, IT IS HEREBY ORDERED that this appeal of the U.S. Bankruptcy Court of the Central District of California (Santa Ana Division)'s Order entered on June 27, 2017 at Bankruptcy Case No. 8:13-bk-14701-CB, Document No. 157, be dismissed *p*ursuant to Federal Rules of Bankruptcy Procedure 8023.

IT IS SO ORDERED.

DATE: October 19, 2017

                                              JESUS G. BERNAL
                                              United States District Judge